Thomas I. Rozsa, State Bar No. 080615
**ROZSA LAW GROUP LC**
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992

Attorney for Plaintiffs
Proton Corporation and
Proton Electronic Industrial Co., Ltd.



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PROTON CORPORATION, a California corporation; PROTON ELECTRONIC INDUSTRIAL CO., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> PROSONIC GROUP CORPORATION, a California Corporation; PROTRON DIGITAL CORPORATION, a California Corporation; and DOES 1 through 18, Inclusive, <br><br> Defendants. | Case No. ED CV 05-1017 RGK(OPx) <br><br> **STIPULATED DISMISSAL WITH PREJUDICE AND AGREEMENT TO RETAIN JURISDICTION FOR PURPOSES OF ENFORCING THE SETTLEMENT AGREEMENT** |

Plaintiffs PROTON CORPORATION and PROTON ELECTRONIC INDUSTRIAL CO., LTD. (jointly "Plaintiffs") and Defendants PROSONIC GROUP CORPORATION and PROTRON DIGITAL CORPORATION (jointly "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiffs and Defendants have entered into a Settlement Agreement and General Mutual Release (hereafter "Settlement Agreement")

resolve this litigation. A copy of the Settlement Agreement filed under seal is paper clipped hereto. If the Court does not wish to retain the copy of the Settlement Agreement, the Court may return it to the attorney for Plaintiffs.

2. Plaintiffs hereby dismiss the Complaint, the First Amended Complaint and the Second Amended Complaint with prejudice. This dismissal applies to all Defendants including DOES 1 through 18. Each party shall bear their own costs and attorneys' fees.

3. The Defendants and each of them hereby waive the preservation of their rights to file a counterclaim with prejudice.

4. Plaintiffs and Defendants hereby agree that the Court shall retain jurisdiction over this matter for purposes of enforcing the terms and conditions of the Settlement Agreement.

Respectfully submitted,

**ROZSA LAW GROUP LC**

Dated: August 16, 2006     *Thomas I Rozsa*
Thomas I. Rozsa
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992

Attorney for Plaintiffs
Proton Corporation and
Proton Electronic Industrial Co., Ltd.

**Law Office of Michael C. Olson P.C.**

Dated: Aug 15, 2006     *[signature]*
Michael C. Olson, Esq.
4400 MacArthur Boulevard, Suite 230
Newport Beach, California 92660
Telephone (949) 442-8942
Telecopier (949) 442-8935

Peter S. Hwu
500 Sutter Street, Suite 908
San Francisco, California 94102
Telephone (415) 398-8329
Facsimile (415) 398-7329

Attorneys for Defendant
PROTRON DIGITAL CORPORATION

-2-
STIPULATED DISMISSAL WITH PREJUDICE

Law Offices, Lyndia Bouzaglou-Newcomb,
Managing Attorney

Dated: 8/14/06

Greg T. Hill, Esq.
5000 East Spring Street, Suite 600
Long Beach, California 90815
Telephone (562) 420-4028
Telecopier (800) 495-4019

Attorneys for Defendant
PROSONIC GROUP CORPORATION

## ORDER

The above Stipulation for Dismissal with Prejudice and agreement to retain jurisdiction for the purpose of enforcing the Settlement Agreement is hereby approved.

Dated: AUG 17 2006

R. Gary Klausner
United States District Judge

stip.dis.002

- 3 -
STIPULATED DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE BY MAIL

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 18757 Burbank Boulevard, Suite 220, Tarzana, California 91356-3346.

On August 16, 2006, at Tarzana, California, I served the foregoing document described as:

**STIPULATED DISMISSAL WITH PREJUDICE AND AGREEMENT TO RETAIN JURISDICTION FOR PURPOSES OF ENFORCING THE SETTLEMENT AGREEMENT**

on the interested parties in this action by placing true copies thereof in sealed envelopes, postage-prepaid, which I deposited with my employer for collection and mailing by first class mail. These envelopes were addressed as follows:

Michael C. Olson, Esq.
Law Office of Michael C. Olson P.C.
4400 MacArthur Boulevard, Suite 230
Newport Beach, California 92660

Peter S. Hwu, Esq.
500 Sutter Street, Suite 908
San Francisco, California 94102

Greg T. Hill, Esq.
Law Offices, Lyndia Bouzaglou-Newcomb,
Managing Attorney
5000 East Spring Street, Suite 600
Long Beach, California 90815

David R. Deutsch, Esq.
Citron & Deutsch
10866 Wilshire Boulevard
Suite 970
Los Angeles, California 90024

I am familiar with my employer's practice for the collection and processing of correspondence for mailing. In the ordinary course of business, this correspondence would be deposited by my employer for collection by the U.S. Postal Service on that same day.

I declare that I am employed in the office of ROZSA LAW GROUP LC. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of August, 2006 at Tarzana, California.

*Lauraine E. Kirby*
Lauraine E. Kirby